IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

NINJA HASSAN WHEELER,            )
                                 )
            Plaintiff,           )
                                 )
     v.                          )          CV 118-084
                                 )
EDWARD PHILBIN, Warden, Individual )
and Official Capacity; and MICHAEL )
ALLEN, C.O. II, Individual and Official )
Capacity,                        )
                                 )
            Defendants.          )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** Plaintiff's amended complaint without prejudice for failure to exhaust

administrative remedies, and **CLOSES** this civil action.

SO ORDERED this _13th_ day of July, 2018, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA